**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMMARRIER PEOPLES et al , | Case No.   EDCV-16-1167-R |
| Plaintiff(s), | |
| | **ORDER OF DISMISSAL** |
| v. | |
| RICH HOLDINGS LLC, et al., | |
| Defendant(s). | |

    Plaintiff was ordered to show cause in writing by not later than **September 14, 2016** why this action should not be dismissed for lack of prosecution. The Court has reviewed Plaintiff Nujya Ahrytemas Peoples response filed on September 14, 2016 (Dckt. No.12). No good cause is shown. The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: October 5, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE